IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:21CR53 |
| vs. | ) | |
| DAVID R. SNOW, | ) | ORDER |
| Defendant. | ) | |

This matter is before the court on the Unopposed Motion to Continue Trial [57]. Counsel for the government will be on Air Force Duty the week of the previously scheduled trial. Counsel for the government is asking that either the trial be moved up one week or continued for one week. Counsel for the defendant does not object to either moving the trial up one week or continuing the trial for one week.  For good cause shown,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [57] is granted, as follows:

1. The jury trial now set for March 21, 2023, is moved up to **March 13, 2023,** before Chief Judge Robert F. Rossiter, Jr.

   **DATED:  January 31, 2023.**

BY THE COURT:


s/ Susan M. Bazis
**United States Magistrate Judge**